

Monday, June 1, 2026
*FILED VIA ECF*

**Kenneth U. Udoibok**
*Attorney-at-Law*
E-Mail: k@kenulaw.com
Direct Dial: 612.808.6031
Fax: 612.808.6033

The Honorable David T. Schultz
Magistrate Judge, District of Minnesota
Courtroom 9W
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

**RE:    United States of America v. Tony Terrell Robinson(1)**
**Criminal No.  25-CR-454 (KMM/DTS)**

Dear Honorable David T. Schultz,

I represent Ms. Tony Terrell Robinson in the above-captioned matter. We do not intend to file Pretrial Motions.  Thank you for your consideration.

Respectfully,

*Kenneth Udoibok*
Kenneth Udoibok